# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

SALAHUDDIN F. SMART

    Plaintiff,

v.

COUNTY OF CAMDEN, et al.
    Defendants.

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 08CV2259(NLH)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☒ GRANTED, and

    ☒ The Clerk is directed to file the complaint, and

    ☒ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

_____

☐ and the Clerk is directed to close the file.

Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen this case.

ENTERED this  19th  day of  May , 2008


Signature of Judicial Officer

NOEL L. HILLMAN, U.S.D.C.J.
Name and Title of Judicial Officer